IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOAN GINES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 04-575-S-LMB |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ALBERTSON'S, INC. and ALBERTSON'S VOLUNTARY SEPARATION PLAN, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  In accordance with the Memorandum Decision and Order entered November 7, 2006, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

                DATED: **November 7, 2006**.

                _____
                Honorable Larry M. Boyle
                Chief U. S. Magistrate Judge

**JUDGMENT -1-**